GUARDIAN TRUST COMPANY OF NEW YORK, Respondent, *v.* ROSA W. STRAUS, Individually and as Executrix of LOUIS STRAUS, Deceased, Appellant, Impleaded with Others.

*Guardian Trust Company of New York* v. *Straus,* 139 App. Div. 884, affirmed.

(Argued February 8, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to have life insurance of Louis Straus, deceased, applied to the payment of his debts.

*Bruce Ellison* and *Lewis E. Sisson* for appellant.

*W. S. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.